WESTERN SURETY COMPANY, Respondent, v. WELSH, Director of Taxation, Appellant.

(259 N. W. 496.)

(File No. 7761. Opinion filed March 23, 1935.)

*Walter Conway,* Attorney General, and *R. F. Drewry,* Assistant Attorney General, for Appellant.

*Tom Kirby,* of Sioux Falls, for Respondent.

PER CURIAM. We find no reversible error in this record. The judgment and order appealed from are affirmed.

All the Judges concur.